**Leandro Roger HERNANDEZ,
Petitioner–Appellant,**

v.

**RUNNELS, Warden, Respondent–
Appellee.**

No. 07–15653.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009 *.

Filed Oct. 2, 2009.

Leandro Roger Hernandez, Soledad,
CA, pro se.

Christopher W. Grove, Esq., AGCA—
Office of the California Attorney General,
San Francisco, CA, for Respondent–Appellee.

Before: SILVERMAN, RAWLINSON,
and CLIFTON, Circuit Judges.

MEMORANDUM **

Leandro Roger Hernandez, a California
state prisoner, appeals the district court's
denial of his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under
28 U.S.C. § 2253(a). We affirm.

This court reviews de novo the district
court decision to deny a petition for habeas
corpus. *Lambert v. Blodgett,* 393 F.3d
943, 964 (9th Cir.2004). The district court
properly denied this claim because the admission of gang evidence did not have a
substantial and injurious effect on the
jury's verdict. *Brecht v. Abrahamson,* 507
U.S. 619, 637, 113 S.Ct. 1710, 123 L.Ed.2d
353 (1993); *see Fry v. Pliler,* 551 U.S. 112,
121–22, 127 S.Ct. 2321, 168 L.Ed.2d 16
(2007). Rather, the jury could draw the
permissible inference that Hernandez was
more likely the owner of the 28.8–gram
rock of methamphetamine because of gang
indicia present with the methamphetamine
and on Hernandez's person. *See Boyde v.
Brown,* 404 F.3d 1159, 1172 (9th Cir.2005)
(citing *Jammal v. Van de Kamp,* 926 F.2d
918, 920 (9th Cir.1991)). Moreover, the
trial court gave a proper limiting instruc-

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion to the jury, which we assume the jury properly followed and which mitigated the likelihood that the jury would draw an impermissible inference from the gang evidence. *See Weeks v. Angelone,* 528 U.S. 225, 234, 120 S.Ct. 727, 145 L.Ed.2d 727 (2000).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.